FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JUN 17 2015

CHRISTOPHER A. PRINE
CLERK

Appeal # 14-14-00893-CR & 14-14-00892-CR

In the

Fourteenth Court of Appeals
at 301 Fannin, Houston, Texas 77002

Charles Bell
(Appellant)

v

The State of Texas
(Appellee)

Appeal of Cause number 1412841 & 1413580 from the 182nd Judicial District Court of Harris County. First motion for extension of time to file Appellant's Pro Se brief or response to Ander's brief to the Honorable Justices of the Court of Appeals:

Comes now Charles Bell, Appellant Pro Se, and respectfully moves the Court to extend the deadline for filing his brief by 30 days. In support, Appellant would show the following.

## I.

On the 9th of October, 2014 the judge found Appellant guilty of two counts of Aggravated Robbery. The judge assessed punishment of 20 years imprisonment in the Texas Department of Criminal Justice.

## II.

On the 28th of April, 2015, Appellant received notice by mail that his Appeal Attorney filed an Ander's Brief on his behalf and notice that Appellant had a right to file a Pro Se brief or response to the Ander's Brief.

## III.

On the 4th of May, 2015, the Appellant record was first made available to Appellant. The deadline for filing Appellant brief or response is the 28th of May, 2015.

## IV.

This is Appellant's first request for extension. Appellant is unable to meet the deadline for the following reasons: I need access to legal library to a few hours a day, limited legal knowledge thereby slowing down my research.

## V.

For reasons stated above, Appellant respectfully requests an additional 30 days to complete the Pro Se brief or response in support of Appellant's Appeal.

## VI.

Appellant prays that the Court grant this motion and extend the time to file Appellant's Pro Se brief or response by 30 days, extending the deadline to the 8th of July, 2015.

Respectfully submitted,
Charles Bell
Appellant Pro Se
TDCJ#01960151
Pam Lyncher State Jail
2350 Atascocita Rd.
Humble, Tx 77396

Certificate of Service

I hereby certify that on the 8th of June, 2015, a true and correct copy of Appellant's motion for extension to file his brief or response was mailed to the attorney for the State by U.S First Class mail addressed to the Fourteenth Court of Appeals at 301 Fannin, Houston, Tx 77002

Charles Bell
Appellant, Pro se

I, Charles Bell, TDCJ# 01960157, being presently incarcerated in the Pam Luncher State Jail unit of the Texas Department of Criminal Justice Institutional Division in Harris County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 8th day of June, 2015

Charles Bell
TDCJ#01960157